**E-FILED 11-22-10**

**JS-6**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Francisco Herrera* | CASE NO. CV 09-9173-GHK (OP) |
| Plaintiff, | JUDGMENT |
| v. | |
| *ResMAE Mortgage Corp., et al.* | |
| Defendants. | |

Pursuant to the Court's February 23, 2010, March 15, 2010, March 23, 2010, and November 22, 2010 Orders, IT IS HEREBY ADJUDGED that Plaintiff Francisco Herrera's ("Plaintiff") claims against Defendants ResMAE Mortgage Corporation, Chase Home Finance, LLC, HSBC Bank USA, and First American Loanstar Services, LLC, are **DISMISSED with prejudice**. Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: November 22, 2010

_____
GEORGE H. KING
United States District Judge